FILED
September 1, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                                )     Case No. 2:09CR00369-MCE
          Plaintiff, )
v.                                         )     ORDER FOR RELEASE OF
                                                )     PERSON IN CUSTODY
JOYCE ANN WEBSTER, )
                                                )
          Defendant. )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOYCE ANN WEBSTER , Case No. 2:09CR00369-MCE , Charge  18USC § 641 & 42USC § 1383(a)(3) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __     Release on Personal Recognizance

     __     Bail Posted in the Sum of $_____

           __     Unsecured Appearance Bond

           __     Appearance Bond with 10% Deposit

           __     Appearance Bond with Surety

           __     Corporate Surety Bail Bond

     ✔     (Other)     Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 1, 2009  at  2:00 pm .

                                      By    /s/ Gregory G. Hollows
                                              Gregory G. Hollows
                                              United States Magistrate Judge

Copy 5 - Court