DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOYCE ANN WEBSTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-09-369 MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS CONFERENCE** |
| v. ) | |
| ) | |
| JOYCE ANN WEBSTER, ) | Date: October 22, 2009 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Morrison C. England, Jr. |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Jared C. Dolan, Assistant United States Attorney, and Joyce Ann Webster, by and through her counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for October 1, 2009, be vacated and a new status conference hearing date of October 22, 2009, at 9:00 a.m. be set.

   This continuance is being requested because defense counsel is unavailable as he will be on leave on October 1, 2009, through October 5, 2009.

/ / /

/ / /

1  IT IS FURTHER STIPULATED that the period from October 1, 2009,
2 through and including October 22, 2009, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.

6 Dated: September 29, 2009          Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Matthew C. Bockmon
                                    _____
                                    MATTHEW C. BOCKMON
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JOYCE ANN WEBSTER

13 Dated: September 29, 2009          LAWRENCE G. BROWN
                                    United States Attorney

                                    /s/ Matthew C. Bockmon for
                                    _____
                                    JARED C. DOLAN
                                    Assistant U.S. Attorney

**O R D E R**

20 IT IS SO ORDERED.

  Dated: September 29, 2009

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

Stip & Order                            2