```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOYCE ANN WEBSTER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | NO. CR-S-09-00369 MCE |
| ) | |
| Plaintiff,   ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS CONFERENCE** |
| v.   ) | |
| ) | |
| JOYCE ANN WEBSTER,   ) | Date: January 28, 2010 |
| ) | Time: 9:00 a.m. |
| Defendant.   ) | Judge: Morrison C. England, Jr. |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Jared C. Dolan, Assistant United States Attorney, and Joyce Ann Webster, by and through her counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for December 10, 2009, be vacated and a new status conference hearing date of January 28, 2010, at 9:00 a.m. be set.

   This continuance is being requested because defense counsel needs additional time to have defendant evaluated.  In addition, defense counsel will be out of town on that date.

/ / /

/ / /

1     IT IS FURTHER STIPULATED that the period from December 10, 2009,
2  through and including January 28, 2010, be excluded in computing the
3  time within which trial must commence under the Speedy Trial Act,
4  pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for
5  continuity and preparation of counsel.

6  Dated: December 8, 2009                  Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            */s/ Matthew C. Bockmon*
                                            _____
                                            MATTHEW C. BOCKMON
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            JOYCE ANN WEBSTER


13 Dated: December 8, 2009                  BENJAMIN B. WAGNER
                                            United States Attorney

                                            */s/ Matthew C. Bockmon for*
                                            _____
                                            JARED C. DOLAN
                                            Assistant U.S. Attorney


                                **O R D E R**

20 IT IS SO ORDERED.

   Dated: December 9, 2009

                                            _____
                                            MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE

Stip & Order                         2