DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOYCE ANN WEBSTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-09-369 MCE |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS CONFERENCE** |
| v. ) | |
| ) | |
| JOYCE ANN WEBSTER, ) | Date: March 4, 2010 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Morrison C. England, Jr. |
| ) | |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Jared C. Dolan, Assistant United States Attorney, and Joyce Ann Webster, by and through her counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for January 28, 2010, be vacated and a new status conference hearing date of March 4, 2010, at 9:00 a.m. be set.

This continuance is being requested because defense counsel has been out of the office on medical leave for the past few weeks, and needs additional time to make arrangements to have Ms. Webster evaluated.

/ / /

/ / /

1   IT IS FURTHER STIPULATED that the period from January 28, 2010,
2 through and including March 4, 2010, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and
5 preparation of counsel.

6 Dated: January 26, 2010         Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Matthew C. Bockmon
                                _____
                                MATTHEW C. BOCKMON
                                Assistant Federal Defender
                                Attorney for Defendant
                                JOYCE ANN WEBSTER

13 Dated: January 26, 2010         BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Matthew C. Bockmon for
                                _____
                                JARED C. DOLAN
                                Assistant U.S. Attorney


**O R D E R**

IT IS SO ORDERED.

 Dated: January 27, 2010

                                _____
                                MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE

2