DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOYCE ANN WEBSTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-09-369 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | WAIVER OF DEFENDANT'S PRESENCE |
| v. | ) | |
| | ) | |
| JOYCE ANN WEBSTER, | ) | Judge: Morrison C. England, Jr. |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Fed.R.Crim.P. 43, defendant, JOYCE ANN WEBSTER, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict, impanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of hers which the Court may permit pursuant to this waiver and agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if the defendant were

personally present.  Defendant further agrees to be present in Court ready for trial any day and hour the Court may fix in her absence.

The defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes her attorney to set times and delays under that Act without her personal presence.

Dated: March 10, 2010

 /s/Joyce Ann Webster
JOYCE ANN WEBSTER
(Original retained by attorney)

I concur in Ms. Webster's decision to waive her presence at future proceedings.

Dated: March 10, 2010                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender


                                          /s/ Matthew C. Bockmon
                                         MATTHEW C. BOCKMON
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         JOYCE ANN WEBSTER

**IT IS SO ORDERED.**

 Dated: March 12, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2