1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOYCE ANN WEBSTER

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   NO. CR-S-09-369 MCE
                                   )
12            Plaintiff,           )   **STIPULATION AND ORDER CONTINUING**
                                   )   **STATUS CONFERENCE**
13      v.                         )
                                   )
14 JOYCE ANN WEBSTER,              )   Date: June 10, 2010
                                   )   Time: 9:00 a.m.
15            Defendant.           )   Judge: Morrison C. England, Jr.
                                   )
16 _____

17       IT IS HEREBY STIPULATED AND AGREED TO between the United States of

18 America through Jared C. Dolan, Assistant United States Attorney, and

19 Joyce Ann Webster, by and through her counsel, Matthew C. Bockmon,

20 Assistant Federal Defender, that the status conference presently

21 scheduled for May 27, 2010, be vacated and a new status conference

22 hearing date of June 10, 2010, at 9:00 a.m. be set.

23       This continuance is being requested because defense counsel needs

24 additional time to meet with Ms. Webster and for ongoing defense

25 investigation and preparation.  In addition, defense counsel will not

26 be available.

27 / / /

28 / / /

1     IT IS FURTHER STIPULATED that the period from May 27, 2010,
2 through and including June 10, 2010, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and
5 preparation of counsel.

6 Dated: May 25, 2010                    Respectfully submitted,

7                                        DANIEL J. BRODERICK
                                         Federal Defender
8
                                         /s/ Matthew C. Bockmon
9                                        _____
                                         MATTHEW C. BOCKMON
10                                       Assistant Federal Defender
                                         Attorney for Defendant
11                                       JOYCE ANN WEBSTER

12

13 Dated: May 25, 2010                   BENJAMIN B. WAGNER
                                         United States Attorney
14
                                         /s/ Matthew C. Bockmon for
15                                       _____
                                         JARED C. DOLAN
16                                       Assistant U.S. Attorney

17

18                                **O R D E R**

19

20 **IT IS SO ORDERED.**

21
    Dated: May 26, 2010
22

23                                       _____
                                         MORRISON C. ENGLAND, JR.
24                                       UNITED STATES DISTRICT JUDGE

25

26

27

28

2