DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOYCE ANN WEBSTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-09-369 MCE |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| JOYCE ANN WEBSTER, | Date: July 15, 2010 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Jared C. Dolan, Assistant United States Attorney, and Joyce Ann Webster, by and through her counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for June 10, 2010, be vacated and a new status conference hearing date of July 15, 2010, at 9:00 a.m. be set.

This continuance is being requested because defense counsel needs additional time to discuss the pending plea offer with Ms. Webster.

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED that the period from June 10, 2010, through and including July 15, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: June 9, 2010                    Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       */s/ Matthew C. Bockmon*
                                       _____
                                       MATTHEW C. BOCKMON
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       JOYCE ANN WEBSTER


Dated: June 9, 2010                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       */s/ Matthew C. Bockmon for*
                                       _____
                                       JARED C. DOLAN
                                       Assistant U.S. Attorney


**O R D E R**


**IT IS SO ORDERED.**

 Dated: June 10, 2010

                                       _____
                                       MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE

Stip & Order                           2