FILED
AUG 1 1 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOYCE ANN WEBSTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOYCE ANN WEBSTER, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | NO. CR-S-09-369 MCE <br><br> STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE <br><br> Date: NONE <br> Time: NONE <br> Judge: Morrison C. England, Jr. |

    IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Jared C. Dolan, Assistant United States Attorney, and Matthew C. Bockmon, Assistant Federal Defender, attorney for defendant JOYCE ANN WEBSTER, that her Conditions of Release, Special Condition #10 be added and amended as follows: **#10 You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.**

    The U.S. Pretrial Services Office and the U.S. Attorney's Office have no objection to the proposed modification.

/ / /

**IT IS SO STIPULATED**

| | |
|---|---|
| Dated: August 11, 2010 | Respectfully submitted, |
| | DANIEL J. BRODERICK<br>Federal Defender |
| | /s/ Matthew C. Bockmon |
| | Matthew C. Bockmon<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOYCE ANN WEBSTER |
| Dated: June 25, 2010 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Jared Dolan |
| | Jared Dolan<br>Assistant U.S. Attorney |

### O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that as to defendant JOYCE ANN WEBSTER'S Conditions of Release, Special Condition #10 be added and amended as follows: **#10 You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.**

**IT IS SO ORDERED.**

Dated:   August  11 , 2010

United States Magistrate Judge